IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01579-AP

STARLETT R. MILLAR,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Diane K. Craven, Esq.
McDivitt Law Firm
19 E. Cimarron St.
Colorado Springs, CO 80903
Telephone: (719) 471-3700
FAX: (719) 471-9782
E-Mail: dcraven@mcdivittlaw.com

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
Telephone: (303) 844-2149
Fax: (303) 844-0770
1961 Stout St., Suite 1001A
Denver, CO 80294
allan.berger@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 7/25/08.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 7/30/08
    C.    Date Answer and Administrative Record Were Filed: 9/30/08.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** The record is not complete. Plaintiff plans to submit additional evidence to the Court.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims.

**Defendant states:** This case does not involve unusual claims or defenses. Defendant's counsel's scheduling conflicts in December 2008 and January 2009 necessitate the parties' proposed briefing dates at paragraph 8, below.

## 7. OTHER MATTERS

**Plaintiff states:** See paragraph four, above.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due: 12/12/08**
    B.     **Defendant's Response Brief Due: 1/13/09**
    C.     **Plaintiff's Reply Brief Due: 1/27/09**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.     **Plaintiff's Statement:** Oral Argument is not requested.
    B.     **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>31st</u> day of <u>October</u>, 2008.

                                                 BY THE COURT:

                                                 S/John L. Kane
                                                 U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ DIANE K. CRAVEN 10/29/08<br>Diane K. Craven, Esq.<br>McDivitt Law Firm<br>19 E. Cimarron St.<br>Colorado Springs, CO 80903<br>Telephone: (719) 471-3700<br>FAX: (719) 471-9782<br>E-Mail: dcraven@mcdivittlaw.com | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER 10/29/08<br>Allan D. Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |