UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01579-WYD

STARLET ROSE MILLAR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court in connection with Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filed November 13, 2009). In the motion, Plaintiff's counsel claims 20.75 hours of attorney time in EAJA fees at a rate of $173.38, totaling $3,597.64 in fees. The motion states that opposing counsel was contacted on November 12, 2009 and that counsel stipulated to an award of $3,597.64 in attorney fees.

    Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that the motion should be granted. Accordingly, it is

    ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (doc. # 15) is **GRANTED**. Attorney's fees in the amount of $3,597.64 shall be paid by Defendant to Plaintiff's counsel.

Dated December 14, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge